**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
ASHLEY N. ARNETT, SB# 305162
  E-Mail: Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, LAZY DOG RESTAURANT, LLC, and WILLOWS CENTER CONCORD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT DYTCH, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>LAZY DOG RESTAURANTS, LLC, EQUITY ONE, INC., WILLOWS CENTER CONCORD, LLC, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 3:16-CV-03358-EDL<br><br>**STIPULATON TO VACATE SETTLEMENT CONFERENCE**<br><br>Magistrate Judge Kandis A. Westmore |

TO: The Honorable Court:

The parties, by and through their counsel of record, hereby stipulate to and request that the Court vacate the November 13, 2017, Settlement Conference based on Magistrate Judge Laporte's October 26, 2017, Order that extended the deadlines for expert discovery, continued the deadline for the filing of dispositive motions, and vacated the trial date. *See* ECF Document 59.

The parties are meeting and conferring to provide the Court with a mutually agreed upon new date and will ensure that the Court is available to conduct the settlement conference.

Respectfully submitted,

DATED: November 6, 2017  LAW OFFICE OF JASON G. GONG

By: */s/ Jason G. Gong, Esq.*
Jason G. Gong
Attorney for Plaintiff ALBERT DYTCH

DATED: November 6, 2017  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Shane Singh, Esq.*
Shane Singh
Attorneys for Defendants, LAZY DOG RESTAURANT, LLC, and WILLOWS CENTER CONCORD, LLC

Based on the stipulation of the parties, IT IS SO ORDERED. The parties shall notify the Court as soon as possible with a new date and ensure that the Court is available to conduct the settlement conference.

DATED: 11/8/17

Honorable Kandis A. Westmore
United States Magistrate Judge