UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br>　　　　　Plaintiff,<br>　　v.<br>LAZY DOG RESTAURANTS, LLC, et al.,<br>　　　　　Defendants. | Case No.16-cv-03358-JCS<br><br>**JUDGMENT** |

On April 18, 2018, the Court granted in part and denied in part Plaintiff Albert Dytch's motion for summary judgment. The Court awarded Plaintiff injunctive relief under the ADA for all alleged violations, except the men's bathroom paper towel dispenser and mirror and the lowered bar counter. The Court also awarded Plaintiff $20,000 in statutory damages under the Unruh Act. On August 6, 2018, the Court granted in part and denied in part Plaintiff's motion for reconsideration. The Court modified its previous injunction to further require Defendants Lazy Dog Restaurants, LLC and Willows Center Concord, LLC to remedy the paper towel dispenser and mirror so that they are placed on the wall in compliance with the CBC Sections 11B-603.3 and 11B-603.5. The parties subsequently notified the Court that they had reached a settlement of the remaining issue for trial in this case.

The Court hereby ENTERS judgment in favor of Plaintiff Albert Dytch and against Defendants Lazy Dog Restaurants, LLC and Willows Center Concord, LLC in the amount of $20,000. The parties have informed the Court that judgment has been satisfied by the payment of $20,000 from Defendants to Plaintiff.

On November 11, 2019, Plaintiff informed the Court that he has served post-judgment discovery on Defendant Willows Center Concord, LLC pursuant to Fed. R. Civ. P. 69(a)(2). The

parties are not precluded from seeking the court's assistance for any issue related to the execution of Plaintiff's money judgment against Defendants. The Clerk of Court is directed to close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 13, 2019

_____
JOSEPH C. SPERO
United States Magistrate Judge